

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| ReadyOne Industries, Inc., | § | No. 08-13-00161-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| Joel Antonio Flores, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012-DCV-02074) |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **October 2, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Steven L. Hughes, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **October 2, 2013.**

IT IS SO ORDERED this 4th day of September, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.